

**Entered on Docket
April 05, 2011**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

1. KATHLEEN A. LEAVITT
   ~~CHAPTER 13 STANDING TRUSTEE~~
2. 201 Las Vegas Blvd South Suite 200
   Las Vegas, NV  89101
3. (702) 853-0700

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br>**MARIA FERNANDEZ**<br><br>**Debtor**<br><br>**PRO SE DEBTOR**<br>**Attorney for Debtor** | Chapter 13<br>BKS-11-11772-MKN<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

**EX-PARTE ORDER DISMISSING CHAPTER 13
CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

   As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not filed Schedules A through J, Statement of Financial Affairs, and the Chapter 13 Plan as required within the forty-five (45) day period, which expired on March 26, 2011.

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

**IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as and for administrative expenses from the balance on hand in this case, if any.

**IT IS SO ORDERED.**

Submitted by:

/s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: March 30, 2011
(alr)